**08 CIV 3569**

BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASIAN FRIENDSHIP SHIPPING LTD.,

    Plaintiff,

v.

KOREA LINE CORPORATION,

    Defendant.

---

08 Civ.

**F.R. CIV. P. RULE 7.1 STATEMENT**

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
       April 14, 2008

                                    Respectfully submitted,
                                    BLANK ROME LLP
                                    Attorneys for Plaintiff

                                    By: _____
                                    Jeremy J.O. Harwood (JH 9012)
                                    405 Lexington Avenue
                                    New York, NY 10174
                                    Tel.: (212) 885-5000